# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS SELZER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00706-SAB<br><br>ORDER RE STIPULATION ORDER FOR AN EXTENSION OF TIME<br><br>(ECF No. 14) |

On October 3, 2024, the parties filed a stipulation to extend time for the Commissioner of Social Security to respond to Plaintiff's motion for summary judgment. (ECF No. 14.)

Pursuant to the stipulation of the parties, IT IS SO ORDERED that:

1. Defendant shall file a response to Plaintiff's motion for summary judgment on or before November 15, 2024; and

2. Plaintiff's reply, if any, shall be filed on or before November 29, 2024.

IT IS SO ORDERED.

Dated:  **October 3, 2024**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE